# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DERRICK D. WREN, JR.,<br>[DOB: 09/16/1992]<br><br>                  Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>*False Statement During Purchase of a Firearm*<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about May 16, 2018, in the Western District of Missouri, the defendant, DERRICK D. WREN, JR., in connection with the attempted acquisition of a firearm, to wit: a American Tactical, model Military Sport, 5.56 caliber semiautomatic rifle, Serial Number MSO14841, from Blue Steel Guns and Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Blue Steel Guns and Ammo, which statement was intended and likely to deceive Blue Steel Guns and Ammo, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473 that he was "not under indictment or information in any court for a felony, or any other crime for which a judge could imprison him for more than one year" listed on the ATF Form 4473, knowing he was under indictment in Jackson County, Missouri case nos. 1416-CR1013-01 and 1416-CR512-01, contrary to the provisions of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.


8/26/2020                                       */s/ Tressie Borders*
DATE                                            FOREPERSON OF THE GRAND JURY


*/s/ Joseph M. Marquez*
Joseph M. Marquez
Assistant United States Attorney
Violent Crime and Drug Trafficking Unit
Western District of Missouri